FILED
DEC 11 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States District Court
Southern District of Indiana
Terre Haute, Division

Richard Montgomery,
   Petitioner,

vs.                                   Case No. 2:18-CV-00434-WTL-MJD

United States of America,
   Respondent.

## Amendment To Requesting Case Held In Abeyance

On 10/17/18 this Honorable Court Granted Petitioners request for case be held in abeyance, till Nov. 30, 2018.

Petitioners request was based in part, he was transfered from U.S.P. Hazelton, West Virginia, placed in Segregation without any of his legal property and could not submitt a response to show cause order.

While confined at U.S.P. Terre Haute, the institution decided to retransfer Petitioner to F.C.I. Fairton, New Jersey. On Dec. 1, 2018 Petitioner received his legal property and still handicap to some degree, no funds for copies or typing, yet can respond to show cause order if an extention of 15 days is granted.

### Conclusion

Grant a 15 day extention in order to submitt show cause response

### Certificate of Service

One copy sent to Clerk of Court 921 Ohio Street, Room 104, Terre Haute, In. 47807 this 12/1/18.

/s/ Richard Montgomery, pro se
         Petitioner